## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

TAKE-TWO INTERACTIVE
SOFTWARE, INC. and 2K GAMES,
INC.,

      Plaintiffs,

v.

BRANDON SIMS,

      Defendant.

C. A. NO. 1:21-CV-02464 TCB

## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiffs Take-Two Interactive Software and 2K Games, Inc., by and through its counsel, hereby give notice that the above captioned action is voluntarily dismissed, without prejudice, against the Defendant.

The Defendant has not filed an Answer nor moved for summary judgment so that voluntary dismissal without prejudice is appropriate under the voluntary dismissal procedures of F.R.C.P. 41(a)(1)(A)(i).

Dated: June 22, 2021

/s/ K. Winn Allen, P.C.
K. WINN ALLEN, P.C.
Georgia Bar No. 235645
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel.: (202) 389-5000
Fax: (202) 389-5200
Email: winn.allen@kirkland.com

*Attorney for Plaintiffs Take-Two
Interactive, Inc. and 2K Games, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| TAKE-TWO INTERACTIVE SOFTWARE, INC. and 2K GAMES, INC., | |
| Plaintiffs, | C. A. NO. 1:21-CV-02464 TCB |
| v. | |
| BRANDON SIMS, | |
| Defendant. | |

## <u>CERTIFICATE OF SERVICE</u>

Counsel for Plaintiffs hereby certifies that on June 22, 2021 the foregoing **NOTICE OF VOLUNTARY DISMISSAL** was served on the following attorneys of record:

William DeClerq          wdeclercq@taylorenglish.com

Dated: June 22, 2021

*/s/ K. Winn Allen, P.C.*
K. WINN ALLEN, P.C.
Georgia Bar No. 235645
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel.: (202) 389-5000
Fax: (202) 389-5200
Email: winn.allen@kirkland.com

*Attorney for Plaintiffs Take-Two
Interactive, Inc. and 2K Games, Inc.*